In the Matter of AMELIA SCHIMMEL, Appellant, against BERT STAND, Respondent, et al.

Argued September 9, 1953; decided September 9, 1953.

*Benjamin Gassman* for appellant.
*Edwin B. Wolchok* for respondent.

Order affirmed; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.